IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH BENNETT aka | : | CIVIL ACTION |
| ANTHONY JOHNSON | : | |
| v. | : | |
| SUPT. MAIER, et al. | : | NO. 02-2824 |

ORDER

AND NOW, this            day of July, 2002, it appearing that on May 9, 2002, petitioner filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and at that time neither tendered a check for five dollars to pay the filing fee nor requested leave to proceed in forma pauperis, and

it further appearing that on May 29, 2002, this court Ordered petitioner to correct this defect within thirty (30) days, or else the petition would be dismissed, and

it further appearing that petitioner has not responded to the Order of May 29, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
EDMUND V. LUDWIG, J.