IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH BENNETT aka | : | CIVIL ACTION |
| ANTHONY JOHNSON | : | |
| v. | : | |
| SUPT. MAIER, et al. | : | NO. 02-2824 |

## ORDER

AND NOW, this _____ day of August, 2002, it appearing that on May 9, 2002, petitioner filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and that at that time, according to the records of this court, he neither tendered a check for five dollars to pay the filing fee nor requested leave to proceed in forma pauperis, and

it further appearing that on May 29, 2002, this court Ordered petitioner to correct this defect within thirty (30) days, or else the petition would be dismissed, and

it further appearing that according to the records of this court, petitioner did not respond to the Order of May 29, 2002, and that on July 16, 2002, this court dismissed this civil action without prejudice, and

it further appearing that petitioner wrote and mailed to this court a rambling and undated letter, received by the court on July 31, 2002, in which he claims he paid the filing fee in this matter on either May 10, 2002, May 23, 2002, June 3, 2002 or June 20, 2002, and that a review of this court's records still indicates that such a fee was never received by this court, and

it further appearing that the Clerk of Court automatically issues a receipt for every payment received, it is hereby

ORDERED that this court's Order of July 16, 2002 is VACATED, and that this civil action is to be marked REOPENED by the Clerk, and, it is further

ORDERED that petitioner must submit to this court a photocopy of his receipt for the filing fee he allegedly paid in this matter within fourteen (14) days, or else this petition will be dismissed.

_____
EDMUND V. LUDWIG, J.