IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH BENNETT (a/k/a ANTHONY JOHNSON) : | |
| v.   : | CIVIL ACTION NO.  02-2824 |
| SUPT. MAIER, ET AL.  : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of         ,           , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable JAMES R. MELINSON, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

civrr