IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Keith Bennett a/k/a "Anthony Johnson," | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Superintendent Maier, et al., | : | NO. 02-CV-2824 |
| Respondents | : | |

O R D E R

AND NOW, this 10th day of April, 2003, upon consideration of Relator's Petition for a Writ of Habeas Corpus and the Respondents' Answer thereto,

IT IS ORDERED that the Clerk of the Quarter Sessions for the Court of Common Pleas of Philadelphia County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Keith Bennett a/k/a "Anthony Johnson</u>, Court of Common Pleas of Philadelphia County, No. 96-02-1027, within twenty (20) days of the date of this order.