IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Keith Bennett a/k/a "Anthony Johnson," Petitioner | : CIVIL ACTION : : |
| v. | : : |
| Superintendent Maier, et al. Respondents | : No. 02-CV-2824 : |

ORDER

EDMUND V. LUDWIG, J.

AND NOW, this day of , 2003, upon careful and independent consideration of the petition for a writ of *habeas corpus*, and after review of the Report and Recommendation of Chief United States Magistrate Judge James R. Melinson, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for a writ of *habeas corpus* is DENIED with prejudice.
3. There is no probable cause to issue a certificate of appealability.
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

EDMUND V. LUDWIG, J.