| MICHAEL E. KUNZ<br>Clerk | UNITED STATES DISTRICT COURT<br>Eastern District of Pennsylvania<br>U.S. Courthouse<br>Independence Mall West<br>601 Market Street<br>Philadelphia, PA 19106 | Clerk's Office<br>Room 2609<br>Telephone<br>(215) 597-7704 |
|---|---|---|

October 13, 2004

Vivian T. Miller,
Clerk of Quarter Sessions Court
310 Criminal Justice Center
1301 Filbert Street
Philadelphia, PA 19107

      RE:    KEITH BENNETT a/k/a "Anthony Johnson"
             02-cv-02824-EL

             CP-9602-1027

To the Clerk:

    The above captioned case has now been disposed of, and we are returning the State Court Record which was ordered to this Court by the Honorable James R. Melinson.

                            Very truly yours,


                            Kathryne M. Crispell,
                            Deputy Clerk to Judge Edmund V. Ludwig

Encl.

cc:  Clerk of Court for filing
     Statistics

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please sign and return this letter as a receipt for the return of the State Court Record.

                            SIGNATURE:_____

                            DATE:  _____


Civ7 (10/93)